Valerie Prinez
Post Office Box 277
Sewell. NJ 08080

August 30, 2012

Martha Hilderbrandt, Assistant U.S. Trustee
One Newark Center Suite 2100
Newark, New Jersey 07101

Case # 12-10064

Dear Ms. Hilderbrandt,

I am writing to you today, to request current trustee Andrew Sklar to be removed in this chapter 7 case due to conflict of interest.

I have tried to call your office this afternoon I left a message for your return call, as I am self represented, I am asking dearly for your assistance, immediately in this matter.

It is important that you please contact me upon receipt of this letter, you may contact me direct 973-903-3430 email vprinez@yahoo.com.   Please notify as soon as possible with this change.  In advance thank  you .

Sincerely,

Valerie Prinez