Valerie Prinez
Post office Box 277
Sewell, New Jersey 08096
973-903-3430

September 7, 2012

United States bankruptcy Court
401 Market Street
Camden. New Jersey 08101

Case # 12-10064

Judge Wizmur,

Dear Judge,
I have enclosed a money order, in the amount of Twenty Five Dollars to complete filing fees for Chapter 7 Bankruptcy conversion.

I understand your honor, there is a hearing scheduled September 25, 2012, to discuss many issues. I am requesting that you please excuse my appearance on this date, due to extreme, severe hardship, as of August 31, 2012 I was offered employment, which I will start Monday September 10, 2012, there is a 90 day probation period if I miss any days or if I am late I will risk this job, and will lose this opportunity of employment. My financial problems stem from over one year of unemployment.

I am able to pay court fee, to avoid dismissal of this chapter 7 cases, I have recently learned, there is not any conflict of interest as I previously thought regarding Trustee Andrew Sklar, this matter is no longer an issue, and I do not see any reason to request Mr. Sklar to be removed as trustee.

However, I am requesting this court to hear the matter Mark Ford to return any and all funds paid to him and received to represent me, Valerie Prinez, Mr. Ford neglected and fail to represent me, and has not fulfilled his obligation as assigned and oath taken.

I am asking the court to please consider if at all possible, to please hear this matter on the papers, as this is the only outstanding matter at this time.

By notice Mark Ford has been advised regular mail and certified return receipt. Judge I am working the best I can as a pro-se litigant to handle this matter. As I will not be able to communicate with this court during the day please respond by mail as soon as possible. Thank you in advance

Sincerely,
Valerie Prinez

Cc: Mark Ford

FILED
JAMES J. WALDRON, CLERK
SEP 10 2012
U.S. BANKRUPTCY COURT
CAMDEN
BY

Valerie Prinez
PO Box 277
Sewell NJ 08096

United States Bankruptcy Court
401 Market Street
Camden, New Jersey 08102

September 7, 2012

Case No.
12-10064/JHW

~~W MATTERS NOTICE OF HEARING RESPONSE~~

REQUEST MATTERS:

1. Order Mark Ford, to return monies received due to neglect failure to represent, communicate, File documents behalf of client, counsel and advice accordingly, charge fee and overcharge for Services not rendered Nelect and willful intent refused to change name and address accordingly result Chapter 13 bankruptcy dismissal This matter has not been cured.

2. To removed Andrew Sklar. Esquire, as Chapter 7 Trustee this matter has been cured, there is not a Conflict as recently discovered

3. Enclosed Money Order for $25.00 conversion filing fee money order # 14-367923370 cured due to Funds from unemployment payment received

I am asking the court to please hear the outstanding matter on paper due to new job I am not allowed To take any time off just starting a new job, and in training for four weeks, and any time off will cause employment to terminate, I have already requested one day off for the meeting of creditors. The company will not allow any more time away from work since this is new employment and there is a three month probation time if at all possible please hear the outstanding matter on the paper I understand I am required to appear however it took almost one year for me to get this job I do not want to lose it.

Certificate of Mailing

Andrew Sklar  via  regular mail
Mark Ford     via  regular mail