Valerie Jones
PO Box 277
Sewell NJ 08080

U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ
2012 SEP 25 AM 11: 05
JAMES J. WALDRON
BY:
DEPUTY CLERK

Sept 25, 2012

US Bankruptcy Court
2100 Cooper Street
Camden NJ

Judge Wizmur

Re Case
12/10064

This Motion is to Request
any and all Monies Paid
to Mark Ford Be Returned
to me due to Wellful
Neglect as he Was
Paid to counsel and
Represent me in my Best Interest

(1)

Prives Cont
12-10064

Mr Ford Did not Rexused me
did not Communicate with me
Mr Ford Was Retained 10/10/
to Represent me in a Bankrupcy
Chapter 13 Which he encouraged
Strongly I Paid total $600.00
plus $76.00 Monthly Jan 12-
June "12012 Which Mr Ford
Recuived Monies First Mr Ford
did not Communicate With me
returned to Place Calls to
Creditors on My Behalt. Sent
Mail to Addresses I ~~~~~ no
longer recuived Mail at,

(2)

Priner 12-10064

Finally my Atord Caused
my care to be Dismissed
By not Filing Appropriate
documents to Comply With
Courts & Trustee. I Was
left Without Any ~~Appear~~
representative, to represent myself
pro Se With no exter law.
I feel I deserve those funds
Returned he did not do his Job.
Additional I have lost one
day of Work at a new Job
Just ~~Started~~ Sept 10th. I
Would like to Ask the Court

(3)

to Remand the Ford Payment
to me for the day of work I
have lost — Damages, plus.
transportation fees.

I will forward a copy of the
document to Mr Ford as Well..

Nellie Prince

4