# Law Offices of Mark W. Ford
## A Limited Liability Company

Mark W. Ford, Esquire

P.O. Box 110, 41/2 N. Broadway
Gloucester City, New Jersey 08030
(856)456-8811
Fax: (856)456-8558
email: markfordlaw@juno.com

"Protecting the Rights of People Since 1992"

FILED
JAMES J. WALDRON, CLERK
NOV 13 2012
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

November 9, 2012

United State Bankruptcy
Honorable Judith H. Wizmur
400 Cooper Street
Camden, NJ 08101

    Re:    Valerie Prinez, Chapter 7 Bankruptcy Case: 12-10064

Dear Judge Wizmur:

    Enclosed herewith please find a copy of our check that was sent to Valerie Prinez in compliance of the Court Order I was advised is dated October 10, 2012. Please note that I am paying the same under protest as I received no notice of the hearing for October 10th and I did not receive the Order either.

Respectfully Submitted,

MARK W. FORD
MWF/dms
Enclosure

    CC:    Valerie Prinez
               PO Box 277
               Sewell, NJ 08080

| | | 12143 |
|---|---|---|
| **Law Office of Mark W. Ford, LLC**<br>Attorney Business Account<br>4½ North Broadway, PO Box 110<br>Gloucester City, New Jersey 08030<br>(856) 456-8811 |  **Bank**<br>55-136-312 | 11/9/2012 |

PAY TO THE ORDER OF  Prinez, Valerie                                   $  **604.00

Six Hundred Four and 00/100************************************************************************DOLLARS

Prinez, Valerie

*AUTHORIZED SIGNATURE*

MEMO  Refund per Court Order dated 10/10/12

⑈012143⑈ ⑆031201360⑆ 424959889 2⑈

---

| Law Office of Mark W. Ford, LLC | | 12143 |
|---|---|---|
| Prinez, Valerie | 11/9/2012 | 604.00 |

TD Bank-Business    Refund per Court Order dated 10/10/12                         604.00

| Law Office of Mark W. Ford, LLC | | 12143 |
|---|---|---|
| Prinez, Valerie | 11/9/2012 | 604.00 |

**PAYMENT RECORD**

TD Bank-Business    Refund per Court Order dated 10/10/12                         604.00

PRODUCT DLT103    USE WITH 91663 ENVELOPE    Deluxe For Business 1-800-225-6380 or www.nebs.com